**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

INTERNATIONAL BUSINESS MACHINES CORP. v. Intellectual Ventures II, LLC

No. 15-1837

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for:    Intellectual Ventures II, LLC
                                   Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant
☐ Appellant    ☑ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

Name: Lori A. Gordon
Law firm: Sterne, Kessler, Goldstein & Fox, P.L.L.C.
Address: 1100 New York Avenue, NW
City, State and ZIP: Washington, DC 20005
Telephone: (202) 772-8862
Fax #: (202) 371-2540
E-mail address: LGORDON@skgf.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 06/20/2007

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

07/30/2015                          /s/ Lori A. Gordon
Date                                Signature of pro se or counsel

cc: Counsel of Record

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on   Jul 30, 2015
by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
  (by email or CM/ECF)

| Lori A. Gordon | /s/ Lori A. Gordon |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Sterne, Kessler, Goldstein & Fox, P.L.L.C.

Address: 1100 New York Avenue, NW

City, State, ZIP: Washington, DC 20005

Telephone Number: (202) 772-8862

FAX Number: (202) 371-2540

E-mail Address: LGORDON@skgf.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.