**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

INTERNATIONAL BUSINESS MACHINES CORP. v. Intellectual Ventures II, LLC

No. 15-1837

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☑ As counsel for: Intellectual Ventures II, LLC
                                Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☐ Appellant    ☑ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

My address and telephone are:

Name: Peter J. McAndrews
Law firm: McAndrews, Held & Malloy, Ltd.
Address: 500 W. Madison Street, 34th Floor
City, State and ZIP: Chicago, IL 60661
Telephone: (312)775-8000
Fax #: (312)775-8100
E-mail address: pmcandrews@mcandrews-ip.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 05/10/1995

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes   ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

July 30, 2015                       /s/ Peter J. McAndrews
Date                                Signature of pro se or counsel

cc: Counsel of Record

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  July 30, 2015  by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Peter J. McAndrews | /s/ Peter J. McAndrews |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: McAndrews, Held & Malloy, Ltd.

Address: 500 West Madison Street, 34th Floor

City, State, ZIP: Chicago, IL 60661

Telephone Number: 312-775-8000

FAX Number: 312-775-8100

E-mail Address: pmcandrews@mcandrews-i

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.