**2015-1837**
_____

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**
══════════════════════════════════════════════════════════════

INTERNATIONAL BUSINESS MACHINES CORPORATION,

*Appellant*,

v.

INTELLECTUAL VENTURES II, LLC,

*Appellee*.

Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board, IPR2014-00180.

**APPELLEE INTELLECTUAL VENTURES II, LLC'S
RULE 17(f) NOTICE OF COMPLIANCE**

| | |
|---|---|
| Peter J. McAndrews<br>MCANDREWS, HELD & MALLOY, LTD.<br>500 West Madison Street, 34th Floor<br>Chicago, IL 60661<br>(312) 775-8000 | Jonathan M. Strang<br>Lori A. Gordon<br>STERNE, KESSLER, GOLDSTEIN & FOX,<br>P.L.L.C.<br>1100 New York Avenue, N.W.<br>Washington, D.C. 20005<br>(202) 772-8893<br><br>*Counsel for Appellee, Intellectual Ventures II, LLC* |

Dated: August 31, 2014

# CERTIFICATE OF INTEREST

Counsel for the Appellee, <u>Jonathan M. Strang,</u> certifies the following:

1. The full name of every party or amicus represented by me is:

Intellectual Ventures II, LLC

2. The name of the real party in interest (if the party named in the caption is not the real party of interest) represented by me is:

None.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus represented by me are:

None.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:
    STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C: Lori A. Gordon, Jonathan M. Strang
    MCANDREWS, HELD & MALLOY, LTD.: Herbert D. Hart, III, Peter J. McAndrews, Aaron F. Barkoff
    INTELLECTUAL VENTURES II, LLC: Donald J. Coulman

Dated: August 31, 2015

/s/ Jonathan M. Strang
Jonathan M. Strang
STERNE, KESSLER, GOLDSTEIN & FOX, P.L.L.C.
1100 New York Ave., N.W.
Washington, DC 20005
(202) 772-8893

*Counsel for Appellee Intellectual Ventures II, LLC*

- 3 -

Appellee Intellectual Ventures II, LLC hereby certifies that it has complied with Federal Circuit Rule 17(f) in the above-captioned appeal.

|  |  |
|---|---|
| Dated: August 31, 2015 | /s/ Jonathan M. Strang<br>Jonathan M. Strang<br>STERNE, KESSLER, GOLDSTEIN & FOX, P.L.L.C.<br>1100 New York Ave., N.W.<br>Washington, DC 20005<br>(202) 772-8893<br><br>*Counsel for Appellee Intellectual Ventures II, LLC* |

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on August 31, 2015 by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Jonathan M. Strang | /s/ Jonathan M. Strang |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Sterne, Kessler, Goldstein & Fox, P.L.L.C. |
| Address | 1100 New York Avenue, NW |
| City, State, Zip | Washington, DC 20005 |
| Telephone Number | (202) 772-8893 |
| Fax Number | (202) 371-2540 |
| E-Mail Address | JSTRANG@skgf.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields